UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| vs. | § | NO:  AU:25-CR-00244(1)-ADA |
| | § | |
| (1) MIGUEL VERGARA-FIGUEROA | § | |

**ORDER**

On this day the Court reviewed the file in the above-styled cause, and specifically the Report and Recommendation of the United States Magistrate Judge filed May 12, 2025, wherein the defendant (1) MIGUEL VERGARA-FIGUEROA waived appearance before this Court and appeared before United States Magistrate Judge Mark Lane for the taking of a felony plea and Rule 11, Fed. R. Crim. P., allocation.  The Magistrate Judge recommends that the plea of guilty be accepted by the undersigned, and noting no opposition by defendant (1) MIGUEL VERGARA-FIGUEROA to the Report and Recommendation, the Court enters the following order:

**IT IS THEREFORE ORDERED** that the defendant (1) MIGUEL VERGARA-FIGUEROA's plea of guilty to Count One (1) is accepted.

Signed this 29th day of May, 2025.

_____
ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE